UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>            Plaintiff,<br><br>  -vs-<br><br>SECRETARY OF STATE OF WASHINGTON<br>and STATE OF WASHINGTON,<br><br>            Defendants, | NO.   CV-11-0214-WFN<br><br>ORDER DISMISSING<br>ACTION FOR FAILURE TO<br>PAY FILING FEE AND<br>DENYING PENDING<br>MOTIONS |

By Order filed June 28, 2011, the Court denied Mr. Judd's first "Motion for Total Waiver of Filing Fees under the Twenty Fourth Amendment; Voting," denied him leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g), and directed him to pay the $350.00 filing fee within twenty-one (21) days if he wished to proceed with this action. Mr. Judd is a prisoner at the Federal Correctional Institute, Texarkana, Texas.

On July 1, 2011, Mr. Judd filed a second "Motion for Total Waiver of Filing Fees under the Twenty Fourth Amendment; Voting" (ECF No. 7). On July 8, 2011, he filed a "Motion to Reopen and Stay Proceedings Pending Decision by Judicial Panel on Multidistrict Litigation No. 2276 to Transfer for Consolidated-Coordinated Proceedings under 28 U.S.C. § 1407; Class Action Certification Pending" (ECF No. 8). Mr. Judd did not properly note either of his motions for hearing as required by LR 7.1(h), Local Rules for the Eastern District of Washington.

Mr. Judd did not pay the filing fee as directed. Accordingly,

**IT IS ORDERED** that:

ORDER DISMISSING ACTION FOR FAILURE TO PAY
FILING FEE AND DENYING PENDING MOTIONS - 1

1.  This action is **DISMISSED** for failure to pay the filing fee as required by 28 U.S.C. § 1914. This court will entertain Mr. Judd's action no further.

2.  All of Plaintiff's pending motions are **DENIED AS MOOT**.

The District Court Executive is directed to:

- Enter this Order,
- Enter judgment,
- Forward a copy to Plaintiff at his last known address,
- **CLOSE THIS FILE**, and
- Provide notice of this Order to the Chairman of the Panel on Multidistrict Litigation at the following email address, PanelMDL@jpml.uscourts.gov.

**DATED** this 25th day of July, 2011.

07-25-11

                s/ Wm. Fremming Nielsen
                WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION FOR FAILURE TO PAY
FILING FEE AND DENYING PENDING MOTIONS - 2