AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

KEITH RUSSELL JUDD,

        Plaintiff,

        v.

SECRETARY OF STATE OF WASHINGTON
and STATE OF WASHINGTON,

        Defendants,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0214-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  This action is DISMISSED for failure to pay the filing fee as required by 28 U.S.C. § 1914. This court will entertain Mr. Judd's action no further.

July 25, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia